# EXHIBIT B

This website uses cookies to offer you a better browsing experience. To learn about our use of cookies, see our [Privacy Policy](). Click yes to accept. Yes No

- Home
- Toggle submenu (Solutions for Higher Education)Solutions for Higher Education
  - LockDown Browser
  - Respondus Monitor
  - Respondus 4.0
  - StudyMate Campus
  - Test Bank Network
- Toggle submenu (Solutions for K-12)Solutions for K-12
  - LockDown Browser
  - StudyMate Campus
  - Respondus 4.0
- Toggle submenu (Partnerships)Partnerships
  - SDK Licensing
  - Technology Partners
  - Publishing Partners
- About Respondus
- News
- Support + Resources
- Webinars
- Events
- Contact

Skip to main content
About News Webinars Support Contact Customer Login



☰

# Privacy Center

- Privacy Center
- Privacy Policy
- Privacy Contact
- GDPR + Privacy Shield
- Data Processing Agreement

## Respondus Privacy Policy

Last Updated: September 28, 2020

**Overview**

Respondus cares about your privacy. For this reason, we collect and use personal data only as it might be needed to deliver an exceptional experience using a Respondus application, website, service, or tool (collectively "Services"), regardless of how you access or use them, including through mobile devices.

Our Privacy Policy is intended to describe how and what data we collect, and how and why we use your personal data. It also describes options we provide that let you take control of your personal data that we process.

If at any time you have questions about our practices or any of your rights described below, you may contact us at privacy@respondus.com. This inbox is actively monitored and managed so we can deliver an experience that you can trust.

Case: 1:21-cv-01785 Document #: 1-2 Filed: 04/02/21 Page 3 of 5 PageID #:35

Similarly, we've created a Privacy Center to provide answers to your most common questions and service-specific details about personal data collection and usage.

## What is Personal Information?

Personal Information is a name, address, telephone number, email address, identification number, online identifier, and other data collected that could directly or indirectly identify you.

We do not consider personal information to include information that has been anonymized or aggregated so that it can no longer be used to identify a specific natural person, whether in combination with other information or otherwise.

## What information do we collect?

We collect information so we can provide the best possible experience when you use our Services. Much of what you likely consider personal data is collected directly from you when you:

1. create an account or purchase any of our Services (e.g. name, address, email, phone number, and other billing information);
2. interact with an account manager (e.g. email, phone number, address, job title, institution);
3. request assistance from our customer support team (e.g. email, phone number);
4. complete contact forms, register a product, sign up for a beta program, submit feedback, sign up for a newsletter, or request other information from us (e.g. email); or,
5. participate in contests and surveys, visit our exhibit at a tradeshow, attend a training webinar, or otherwise participate in activities we promote that might require information about you.

We also collect additional information when delivering our Services to you to ensure necessary and optimal performance. This might include account related information that's collected in association with your use of our Services, such as account number, purchases, when products renew or expire, information requests, and customer service requests and notes or details explaining what you asked for and how we responded.

We may also collect information when you open or view a marketing email from us or click on a link within a marketing email.

Our Privacy Center provides further details about the personal information gathered across various Services, how that information is used, and the legal basis for using the data.

## Cookies and similar technologies

Cookies and similar tracking technologies store information about your use of a particular website or service and are typically used to make services more convenient and personalized. Most cookies are "session cookies," which are automatically deleted whenever you leave a website (and end the "session"). Some cookies remain on your computer until you remove them.

We use cookies and similar tracking technologies on our websites (1) to estimate the number of visitors to the site, (2) to measure general traffic patterns, (3) to store the items you've placed in your shopping cart, and (4) to improve and customize your user experience with our Services. For additional information, and to learn how to manage the technologies we utilize, you can read our policy on our use of cookies, web beacons and similar technologies.

Most browsers permit you to set the browser to accept, reject, or notify you of cookie use. However, some parts of our Services may not function properly if your browser is set to reject cookies. For example, the Administrator Area of Respondus.com uses session cookies to allow a user to navigate from one page to the next without having to login again for each page.

## How we use your personal information

We strongly believe in both minimizing the data we collect and limiting its use and purpose to only (1) that for which we have been given permission, (2) that which is necessary to deliver the Services you purchase or interact with, or (3) as we might be required or permitted for legal compliance or other lawful purposes.

We collect various information relating to your purchase or use and/or interactions with our Services to deliver, improve, update and enhance the Services we provide you. We use this information to:

- Improve and optimize the operation and performance of our Services (again, including our websites and mobile applications)
- Diagnose problems with and identify any security risks, errors, or needed enhancements to the Services
- Detect and prevent fraud and abuse of our Services and systems
- Collect aggregate statistics about use of the Services
- Understand and analyze how you use our Services and what products and services are most relevant to you.

Often, much of the data collected is aggregated or statistical data about how individuals use our Services, and is not linked to any personal data, but to the extent that usage data is itself personal data, or is linked or linkable to personal data, we treat it accordingly.

**How we might share your personal information**

We do not sell, rent, or otherwise disclose your personal information to third parties for their marketing and advertising purposes. We may disclose your personal information to partner companies where you have agreed to have that information shared. This disclosure may be required for us to provide you access to our Services, to comply with our legal obligations, to enforce our Terms of Use, to facilitate our marketing activities, or to prevent, detect, mitigate, and investigate fraudulent or illegal activities related to our Services. We attempt to minimize the amount of personal information we disclose to what is directly relevant and necessary to accomplish the specified purpose.

If you use our Services from a country other than the country where our servers are located, your communications with us may result in the transfer of your personal data across international borders. Also, when you call us or initiate contact with a Respondus representative, we may provide you with support from one of our global locations outside your country of origin. In these cases, your personal data is handled according to this Privacy Policy.

We cooperate with government and law enforcement officials and private parties to enforce and comply with the law. We will disclose any information about you to government or law enforcement officials or private parties as we, in our sole discretion, believe necessary or appropriate to respond to claims and legal process (such as subpoena requests), to protect our property and rights or the property and rights of a third party, to protect the safety of the public or any person, or to prevent or stop activity we consider to be illegal or unethical. To the extent we are legally permitted to do so, we will take reasonable steps to notify you in the event that we are required to provide your personal information to third parties as part of a legal process.

We remain responsible for care of the data that is transferred to third parties, unless you direct us to forward it to the third party.

**How we might communicate with you**

We may contact you directly regarding products or services you have purchased from us, such as may be necessary to deliver transactional or service related communications. We may also contact you regarding products or services when additional information is requested. We may contact you with offers for additional services we think you'll find valuable if you give us consent, or where allowed based upon legitimate interests. These contacts may include email, text (SMS) messages, telephone calls, and printed mailings.

**How you can access, update or delete your data**

To update your subscription preferences or discontinue receiving marketing emails from us, scroll to the bottom of a Respondus email message and select the "Unsubscribe" or "Profile Center" link. Follow the instructions from there.

You can also email subscribe@respondus.com with instructions on your communication preferences; to unsubscribe from all email communications, include the word UNSUBSCRIBE in the subject line.

If you would like to request that your personal information be completely removed from our database, please contact us at privacy@respondus.com.

If you would like to access or update your personal information, please contact us at privacy@respondus.com.

How we secure, store and retain your data

We follow generally accepted standards to store and protect the personal data we collect, both during transmission and once received and stored, including the use of encryption where appropriate.

We retain personal data only for as long as necessary to provide the Services you have requested and thereafter for a variety of legitimate legal or business purposes. These might include retention periods:

- mandated by law, contract or similar obligations applicable to our business operations;
- for preserving, resolving, defending or enforcing our legal/contractual rights; or
- as needed to maintain adequate and accurate business and financial records.

If you have any questions about the security or retention of your personal data, you can contact us at privacy@respondus.com.

**Changes in our Privacy Policy**

We reserve the right to modify this Privacy Policy at any time. If we decide to change our Privacy Policy, we will post those changes on our website and any other places we deem appropriate, so that you are aware of what information we collect, how we use it, and under what circumstances, if any, we disclose it. If we make material changes to this Privacy Policy, we will notify you here, by email, or by means of a notice on our home page, at least thirty (30) days prior to the implementation of the changes.

**Contact Us**

If you have any questions, concerns or complaints about our Privacy Policy, our practices or our Services, you may contact us by email at privacy@respondus.com.

If you prefer, you can send correspondence to:

> Respondus
> Attn: Legal – Privacy Team
> 8201 164th Ave NE, Suite 200
> Redmond, WA 98052
> USA

We will respond to all requests, inquiries or concerns within thirty (30) days, but probably much sooner than that.

# Respondus

- About
- Support
- Student Help
- Contact
- Privacy
- Trademark
- Twitter

- Respondus for Higher Ed
- LockDown Browser
- Respondus Monitor
- Respondus 4.0
- StudyMate Campus
- Test Bank Network

- Respondus for K-12
- LockDown Browser
- Respondus 4.0
- StudyMate Campus

- Partnerships
- SDK Licensing
- Technology Partners
- Publishing Partners

Copyright © 2020 Respondus, Inc. All rights reserved.