# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| PHILLIP BRIDGES and CHENG WU, individually and on behalf of all others similarly situated, | : : : : | Case No. 1:21-cv-01785 Judge Pallmeyer |
| Plaintiffs, | : : | |
| v. | : : | |
| RESPONDUS, INC., | : : | |
| Defendant. | : | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFF PHILLIP BRIDGES' INDIVIDUAL CLAIMS ONLY

Pursuant to and in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Phillip Bridges hereby voluntarily dismisses his individual claims in the above-entitled action without prejudice. Nothing in this dismissal is, or shall be construed to be, a dismissal Plaintiff Cheng Wu's claims or the class claims against Defendant.

Dated: July 9, 2021

Respectfully submitted,

**/s/ Brian K. Murphy**
Brian K. Murphy (6225697)
Jonathan P. Misny
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
Email: murphy@mmmb.com
       misny@mmmb.com

        Samuel J. Strauss
        Mary C. Turke
        Turke & Strauss LLP
        613 Williamson Street #201
        Madison, WI 53703
        Telephone: 608.237.1775
        Facsimile: 608.509.4423
        Email: sam@turkestrauss.com
        Email: mary@turkestrauss.com

        Anthony I. Paronich
        Paronich Law, P.C.
        350 Lincoln Street, Suite 2400
        Hingham, MA 02043
        Telephone: 508.221.1510
        Email: anthony@paronichlaw.com

        Lauren E. Urban (6293832)
        1424 N. Hoyne Ave.
        Chicago, IL 60622
        (419) 344-1146
        lauren.elizabeth.urban@gmail.com

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to counsel of record by operation of the court's electronic filing system.

        **/s/ Brian K. Murphy**
        Brian K. Murphy