IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHENG WU, individually and on behalf of all others similarly situated, | Case No. 1:21-cv-01785 |
| Plaintiff, | Judge Pallmeyer |
| v. | |
| RESPONDUS, INC., | |
| Defendant. | |

## STIPULATION OF DISMISSAL OF PLAINTIFF CHENG WU

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Cheng Wu and Defendant Respondus, Inc., by and through their undersigned counsel, hereby stipulate and agree that Plaintiff Cheng Wu dismisses his individual claims against Defendant in their entirety, with prejudice as to his individual claims and without prejudice as to the putative class. All parties shall bear their own costs and attorneys' fees as to the dismissed claims.

Pursuant to Fed. R. Civ. P. 41(a)(1)(a)(ii), no Court order is required in connection with this stipulation of dismissal.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 5, 2022

By: */s/ Raina Borrelli*
Raina Borrelli (*pro hac vice*)
raina@turkestrauss.com
Sam Strauss
sam@turkestrauss.com
Brittany Resch (*pro hac vice*)
brittanyr@turkestrauss.com
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, Wisconsin 53703-3515
Telephone: (608) 237-1775
Facsimile: (608) 509-4423

By: */s/ Matthew C. Wolfe*
Matthew C. Wolfe (#6307345)
William F. Northrip
Tara D. Kennedy
SHOOK, HARDY & BACON L.L.P.
111 South Wacker Drive, Suite 4700
Chicago, Illinois 60606
Telephone: (312) 704-7700
Facsimile: (312) 558-1195
mwolfe@shb.com
wnorthrip@shb.com
tkennedy@shb.com

*Attorneys for Plaintiff and the Proposed Class*

Tristan L. Duncan (*pro hac vice*)
Emily A. Sellers (*pro hac vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: (816) 474-6550
tlduncan@shb.com
esellers@shb.com

Jason M. Rosenthal
MUCH SHELIST, P.C.
191 North Wacker Drive, Suite 1800
Chicago, IL 60606
Telephone: (312) 521-2000
jrosenthal@muchlaw.com

*Attorneys for Defendant Respondus, Inc.*

## **CERTIFICATE OF SERVICE**

      I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

      DATED this 5th day of December, 2022.

                              TURKE & STRAUSS LLP

                              By: */s/ Raina C. Borrelli*
                                       Raina C. Borrelli
                                       Email: raina@turkestrauss.com
                                       TURKE & STRAUSS LLP
                                       613 Williamson St., Suite 201
                                       Madison, WI 53703
                                       Telephone: (608) 237-1775
                                       Facsimile: (608) 509-4423