## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Phillip Bridges, et al.
                          Plaintiff,

v.                                              Case No.: 1:21−cv−01785
                                                     Honorable Rebecca R. Pallmeyer

Respondus, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 8, 2022:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to the Stipulation of Dismissal of Plaintiff Cheng Wu filed on 12/5/22 [78], Plaintiff Cheng Wu dismisses his individual claims against Defendant in their entirety, with prejudice as to his individual claims and without prejudice as to the putative class. All parties shall bear their own costs and attorneys' fees as to the dismissed claims. Pursuant to Notice of Voluntary dismissal filed on 7/9/21 [24], Plaintiff Phillip Bridges voluntarily dismissed his individual claims without prejudice. Civil case terminated. Mailed notice (cp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.